1  HARMEET K. DHILLON, ESQ. (SBN: 207873)
2  Harmeet@dhillonsmith.com
   KRISTA L. SHOQUIST, ESQ. (SBN: 264600)
3  kshoquist@dhillonsmith.com
4  DHILLON & SMITH LLP
   177 Post Street, Suite 700
5  San Francisco, California 94108
6  Telephone: (415) 433-1700
7  Facsimile: (415) 520-6593



8  Attorneys for Plaintiff,
9  Frontier Renewables LLC

10              UNITED STATES DISTRICT COURT
11
12              EASTERN DISTRICT OF CALIFORNIA
13

14  FRONTIER RENEWABLES LLC, a          Case Number: 1:14-CV-00991-AWI-GSA
    California limited liability company;
15
                                        PLAINTIFF'S NOTICE OF
16         Plaintiff,                   VOLUNTARY DISMISSAL WITHOUT
                                        PREJUDICE PURSUANT TO
17         v.                           FRCP41(a)(1)
18
19  ACTIV SOLAR GmbH, an Austrian       Hon. Gary S. Austin
    Corporation; ACTIV SOLAR
20  HOLDINGS (US) INC., a Delaware      Action Filed: June 24, 2014
21  corporation; AS (Wright) LLC, a
    Delaware limited liability company; AS
22  (Five Points) LLC, a Delaware limited
23  liability company;  AS (Blackwell) LLC, a
    Delaware limited liability company; AS
24  (Giffen) LLC, a Delaware limited liability
25  company,
26         Defendants.
27
28

Notice of Voluntary Dismissal          1          DHILLON & SMITH LLP
Without Prejudice

1
2  **TO THE HONORABLE COURT AND ALL PARTIES:**
3  PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure
4  41(a)(1)(A)(i), Plaintiff Frontier Renewables LLC hereby voluntarily dismisses all claims
5  in this action, without prejudice. No Defendant has either answered Plaintiff's
6  Complaint, or filed a motion for summary judgment. Accordingly, this matter may be
7  dismissed without prejudice and without an Order of the Court.
8  Date: July 15, 2014

                                Dhillon & Smith LLP
                        By:


                         /s/ Harmeet K. Dhillon
                        Harmeet K. Dhillon
                        Krista L. Shoquist
                        Attorneys for Frontier Renewables LLC



It is so Ordered. Dated: 7-17-14

_____
United States District Judge

---

**Notice of Voluntary Dismissal**          2          DHILLON & SMITH LLP
**Without Prejudice**